IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOYCE MAGIUM                                                                                              PLAINTIFF

V.                                                                            CIVIL ACTION NO. 3:17CV69-NBB-JMV

STATE FARM INSURANCE COMPANY
AND NATIONWIDE INSURANCE
COMPANY                                                                                                DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's motion to remand is **GRANTED**. This case is hereby remanded to the Circuit Court of Tunica County, Mississippi.

This, the 23rd day of March, 2018.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE